1  PHILLIP A. TALBERT
   United States Attorney
2  JESSICA A. MASSEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5  Attorneys for Plaintiff
   United States of America
6
              IN THE UNITED STATES DISTRICT COURT
7                EASTERN DISTRICT OF CALIFORNIA
8
9  UNITED STATES OF AMERICA,           CASE NO. 1:20-CR-00152-ADA-BAM
                  Plaintiff,            ORDER SEALING PLEA AGREEMENT
10          v.
11 ADAM ISAIAH PAQUETTE,
   Defendant.
12
13
14     Pursuant to Local Rule 141(b) and based upon the representation contained in the government's
15 Request to Seal, IT IS HEREBY ORDERED that the defendant's plea agreement and the government's
16 Request to Seal shall be SEALED until further order of this Court.
17     It is further ordered that access to the sealed documents shall be limited to the government and
18 counsel for the defendant.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1

1   The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the government's motion serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. The Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

IT IS SO ORDERED.

Dated:   January 4, 2023                                   _____
                                                          UNITED STATES DISTRICT JUDGE