PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00152-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| ADAM PAQUETTE, | CURRENT DATE: April 3, 2023<br>TIME: 8:30 AM<br>COURT: Hon. Ana de Alba |
| Defendant. | |

By previous order this matter was set for sentencing on April 3, 2023. Due to a delay in Probation's ability to interview the defendant regarding his presentence investigation report, the parties have agreed and hereby stipulate to continue the defendant's sentencing hearing. The parties have conferred and request the sentencing hearing be continued from April 3, 2023, to May 1, 2023.

IT IS SO STIPULATED.

1

Dated: March 8, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ JESSICA A. MASSEY
JESSICA A. MASSEY
Assistant United States Attorney

Dated: March 8, 2023

/s/ MONICA BERMUDEZ
MONICA BERMUDEZ
Counsel for Defendant
ADAM PAQUETTE

IT IS SO ORDERED.

Dated:   March 10, 2023

_____
UNITED STATES DISTRICT JUDGE

2