1  PHILLIP A. TALBERT
   United States Attorney
2  JESSICA A. MASSEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | CASE NO. 1:20-CR-00152-ADA-BAM
12 |                       Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER
13 |                    v.            |
14 | ADAM PAQUETTE,                   | CURRENT DATE: May 1, 2023
                                        TIME: 8:30 AM
15 |                       Defendant. | COURT: Hon. Ana de Alba

16

17     By previous order this matter was set for sentencing on May 1, 2023. Due to defense counsel

18 currently being engaged in a homicide trial in state court, the parties have agreed and hereby stipulate to

19 continue the defendant's sentencing hearing. The parties have conferred and request the sentencing

20 hearing be continued from May 1, 2023, to June 26, 2023.

21

22     IT IS SO STIPULATED.

23

24  Dated: April 24, 2023                        PHILLIP A. TALBERT
                                                 United States Attorney
25
                                                 /s/ JESSICA A. MASSEY
26                                               JESSICA A. MASSEY
                                                 Assistant United States Attorney
27

28


STIPULATION TO CONTINUE SENTENCING         1

Dated:  April 24, 2023

    /s/ MONICA BERMUDEZ
MONICA BERMUDEZ
Counsel for Defendant
ADAM PAQUETTE

IT IS SO ORDERED.

Dated:   April 25, 2023

_____
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING     2