PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00152-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| ADAM PAQUETTE, | CURRENT DATE: June 27, 2023<br>TIME: 8:30 AM<br>COURT: Hon. Ana de Alba |
| Defendant. | |

By previous order this matter was set for sentencing on June 27, 2023. On June 11, 2023, the Court rescheduled sentencing by minute order to June 27, 2023. Dkt. 56. The defense counsel has an unavoidable conflict on June 27, 2023. The parties have conferred and request the sentencing hearing be continued from June 27, 2023, to August 7, 2023.

IT IS SO STIPULATED.

Dated: June 20, 2023                         PHILLIP A. TALBERT
                                             United States Attorney

                                             /s/ ARIN C. HEINZ
                                             ARIN C. HEINZ
                                             Assistant United States Attorney

STIPULATION TO CONTINUE SENTENCING            1

1  Dated: June 20, 2023

/s/ MONICA BERMUDEZ
2  MONICA BERMUDEZ
   Counsel for Defendant
3  ADAM PAQUETTE

4

5

6  IT IS SO ORDERED.

7  Dated:   June 20, 2023   

   UNITED STATES DISTRICT JUDGE
8

STIPULATION TO CONTINUE SENTENCING          2