Monica L. Bermudez, BAR #275434
Attorney at Law
1670 "M" St
Bakersfield, CA 93306
Telephone: 661-616-2141
Facsimile: 661-322-7675

Attorney for Defendant Adam Paquette

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Adam Paquette,<br><br>　　　　　Defendant. | No. 1:20-CR-00152 ADA<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MONICA L BERMUDEZ AS ATTORNEY OF RECORD AND ORDER** |

On August 24, 2020, Defendant Adam Paquette was indicted on federal charges. CJA Panel Attorney Monica L. Bermudez was appointed as trial counsel to represent Mr. Paquette on August 27, 2020, in his criminal case. Mr. Paquette was sentenced pursuant to a plea agreement on August 7, 2023. The time for filing a direct appeal was August 22, 2023. No direct appeal was filed. Mr. Paquette was in custody at sentencing. The trial phase of Mr. Paquette's criminal case has, therefore, come to an end. Having completed her representation of Mr. Paquette CJA attorney Monica L. Bermudez now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Paquette require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: 07/24/2023                                      Respectfully submitted,

                                                                 */s/ Monica L. Bermudez*
                                                                 Monica L. Bermudez,
                                                                 Attorney for Defendant
                                                                 Ramon Amador

## ORDER

Having reviewed the notice and found that attorney Monica L. Bermudez has completed the services for which he was appointed, the Court hereby grants attorney Monica L, Bermudez's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Adam Paquette at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Kern County Jail
Lerdo Pre-Trial
#79166-097
17695 Industrial Farm Road
Bakersfield, CA 93308

IT IS SO ORDERED.

   Dated:   August 24, 2023                          _____
                                                                 UNITED STATES DISTRICT JUDGE